**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 16, 2018

Ms. R. Doreen Canton
425 Walnut Street
Cincinnati, OH 45202-0000

Mr. Eric Lawrence Dauber
130 W. 2nd Street
Suite 1850
Dayton, OH 45402

Ms. Julie Lynn Juergens
Gallagher Sharp
Ohio
1501 Euclid Avenue
Sixth Floor
Cleveland, OH 44115

Mr. Eric John Rosenberg
Rosenberg & Ball
395 N. Pearl Street
Granville, OH 43023

> Re: Case No. 18-3339, *John Doe v. University of Dayton, et al*
> Originating Case No. : 3:17-cv-00134

Dear Counsel,

  This appeal has been docketed as case number **18-3339** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **April 30, 2018**.  Additionally, the transcript order must be completed by that date.

NOTE:  Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries.  The transcript order form used prior to that date will not be accepted after July 18.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|           |                                                              |
|-----------|--------------------------------------------------------------|
| Appellant: | Appearance of Counsel                                       |
|           | Civil Appeal Statement of Parties & Issues                   |
|           | Disclosure of Corporate Affiliations                         |
|           | Application for Admission to 6th Circuit Bar (if applicable) |
|           |                                                              |
| Appellee: | Appearance of Counsel                                        |
|           | Disclosure of Corporate Affiliations                         |
|           | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Beverly L. Harris
Case Manager
Direct Dial No. 513-564-7077

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 18-3339

JOHN DOE

        Plaintiff - Appellant

v.

UNIVERSITY OF DAYTON; JANE ROE; NATIONAL CENTER FOR HIGHER EDUCATION RISK MANAGEMENT; DANIEL C. SWINTON

        Defendants - Appellees